To: Court of Crim. Appeals Clerk            Nov. 17, 2015
     COA Case No. 12-14-00269-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

     Tr. Ct. # 18,769
     Re: P. D. R. Appeal.

NOV 23 2015

Abel Acosta, Clerk

        I am Rafael Villegas, TDCJ 1951219. I do not speak english and require a translator. I have had seven lawyers represent me in this cause and none of them helped investigate my claim of innocence.

        Mr. Allen Ross is my appellate counsel and has filed for an extention of time, and the Court has granted an extention until December 01, 2015. I was supposed to go back to court in August 3-18, 2015 according to a letter No. 0485 from the Second Judicial Dist. Crt. of Texas. This letter was sent Jan. 7, 2015. I am discriminated, and I would like to know why I have not been sent back to court.

        I would also like to know the status of my P.D.R.. I have family and children that need me, am innocent of these charges and was released on parole in 2013, two months before this charge came up.

        I don't have any contact with my appellate Counsel Allen Ross because he does not speak Spanish, I want you to accept the initial

P.D.R. application in the event that Mr. Allen Ross files an untimely P.D.R. I don't want to be time barred because of a lawyer that doesn't help me.

Please investigate why the lawyer has not filed my P.D.R.

Thank You for your Time,

Rafael Villegas
TDC # 1951219
McConnell Unit
3601 S. Emily Dr
Beeville, Tx - 78102

x Rafael Villegas
November, 17, 2015